[No. 39857-5-II. Division Two. October 5, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD LEROY ROBBINS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 09-1-01004-8, John F. Nichols, J., entered September 15, 2009. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Penoyar, C.J., and Hunt, J.

[No. 40028-6-II. Division Two. October 5, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. KARL GEORGE ALLMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-04635-6, Thomas Felnagle, J., entered November 23, 2009. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Penoyar, C.J., and Worswick, J.

[No. 63331-7-I. Division One. October 11, 2010.]

GMAC, *Petitioner*, v. EVERETT CHEVROLET, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-2-10683-5, Eric Z. Lucas, J., entered April 10, 2009. *Reversed* and *remanded* by unpublished opinion per Spearman, J., concurred in by Grosse and Appelwick, JJ.

[No. 63422-4-I. Division One. October 11, 2010.]

FF REALTY, LLC, *Appellant*, v. KIMSCHOTT FACTORIA MALL, LLC, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-38042-4, Jeffrey M. Ramsdell, J., entered March 31, 2009. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Appelwick and Spearman, JJ.